FILED
2017 Mar-23 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



1983 Form

# In the United States District Court
# For the Northern District of Alabama

2017 MAR 23  A 11: 01

U.S. ~~~~~~ COURT
N.D. OF ALABAMA

- ALABAMA DEPT. of CORR. INMATE -
"RODRICK NGYANTEC JACKSON JR."
BIBB Co. CORRECTIONAL FAC # 293419
565 BIBB LANE - BRENT, AL 35034

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-17-CO-0452-W

v

BIBB COUNTY CORRECTIONAL FAC.
"WARDEN" WILLIE THOMAS (3) HEAD
"WARDEN" DEBORAH TONEY (2) DEPUTY
"WARDEN" WILLIE BURNETT (1) ASS.

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit
         Plaintiff(s): N/A
         Defendant(s) N/A

      2.  Court (if Federal Court, name the district; if State Court, name the county)
         N/A

      3.  Docket Number N/A

      4.  Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Bibb Co. Corr. Fac. 565 Bibb Ln - Brent, AL 35c34 (A-Dorm Seg. Unit) Cell #3 11-20-16 - Present 03-19-17

A. Is there a prisoner grievance procedure in this institution?
Yes (X)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (X)

C. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is NO, explain why not? I'm housed in Seg. and the officers keep denying myself legal documents such as this or any legal material from staff and/or law library, made several attempts to get 1983 & in forma pauperis forms" denied by all staff.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Kedrick Nathaniel Jackson Jr.

  AIS# 293419

  Address 565 Bibb Lane - Brent, AL 35034 (Admin. Seg 11-20-16 - VOW)

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant WILLIE THOMAS (HEAD WARDEN) NEVER ATTENDS SEG. BOARDS is employed as WARDEN "3" NOR WAS HE PRESENT AT MY RE-CLASS HEARING at Bibb Co. Corr. Fac (ADOC)

C. Additional Defendants DEBORAH TWCY is employed as WARDEN (2) at Bibb Co. Correctional Fac. (ADOC) SAME AS HEAD WARDEN - ATTENDANCE WILLIE BENNETT is employed as WARDEN (1) at Bibb County Correctional Fac. (ADOC) SAME AS OTHER 2 WARDENS, THEY'RE ALL JUST "RIDING THE CLOCK" THEY ALL DEPEND SOLELY ON CAPTAIN HUNTER TO DO THEIR DUTIES WHILE THEY SIT IN ADMIN. OR HEALTHCARE HAVING A GOOD OLE TIME (INVENTORY CAMERA FOOTAGE PLEASE)

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

x all 3 wardens are aware of the living conditions in the segregation units at Bibb county, but refuse to do anything. there aren't any intercoms in any of the cells incase of an emergency and they only come check on us during feeding or when some one sets a fire and they have no other choice but to come. The cells are nasty with mildew caked up on the sides of the toilets. I Just recently had okay-Bee's from living in the filth. Even on shower nights when there suppose to let us clean out our cells

- 3 -

they dont. theres no sprinkler system incase of a fire they just have them up there to pass inspection even though they dont work. they took my property as punishment for my cell mate xaiver taylor setting a fire then when Captain said we can get it back (SEE ADDITIONAL SHEET) =CONTINUED=

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the state to compensate me for my pain and suffering. Also for the state to make the Wardens to make the proper adjustments to make segregation safer and healthier

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/19/17
(date)

Rodrick Jackson #293419"
Signature(s)

- 4 -

they claim it has dust in them also have mildew on the walls and spiders in the corner. The cells also have metal plates on the window's preventing us from fresh air and sunlight.

V. STATEMENT OF CLAIM (ADDITIONAL SHEET) SEE INSTRUCTIONS

X RNJ²³ 283419

*[Handwritten at top:] Sorry for all the notes on here but of course inmates have denied all rights except (3) letters per day we need here, there are several inmates who need 1983 & info on prisoners forms in sect. If you will send them to me I will provide this & will request them in the future. Thanks!*

# In the United States District Court
# For the Northern District of Alabama

*[Handwritten:] !! DENIED REQUEST FOR COPIES ALSO !!*
*WITH ALL DUE RESPECT, MAY I PLEASE BE PROVIDED WITH A COPY OF ALL THE ENCLOSED FORMS/DOCUMENTS I "RODRICK N. JACKSON JR" AM FILING W/ HONORABLE COURT — THANKS*

*[Left margin:] PLEASE READ*   *[Right margin:] PLEASE READ*

## INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

*[Handwritten right:] 4*

This packet includes three copies of a complaint form and one copy of a Declaration of Indigency. To start an action, you must file an original and one copy of your complaint for each defendant you name. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must by identical to the original.</u> Extra copies for additional defendants may be obtained upon request.

THE CLERK WILL NOT FILE YOUR COMPLAINT UNLESS IT CONFORMS TO THESE INSTRUCTIONS AND TO THESE FORMS.

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs) must sign and swear to the complaint. If you need additional space to answer a question, you may use an additional blank page. Do NOT write on the reverse side of this form.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

*[Left margin:] READ BELOW*   *[Right margin:] READ BELOW*

In order for this complaint to be filed, it must be accompanied by the filing fee of $60.00 or the <u>Declaration of Indigency</u>. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants unless you are allowed to proceed as an indigent.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed as an indigent. A blank petition for this purpose is included in this packet.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and one copy to the Clerk of the United States District Court for the Northern District of Alabama, Room 104, Federal Courthouse, 1800 Fifth Avenue North, Birmingham, Alabama 35203-2195. *[Handwritten:] = IMPORTANT INFORMATION =*

*[Handwritten bottom left box:] ATTN: DENIED ACCESS TO THE "LAW LIBRARY" AND/OR LEGAL MATERIAL TO CORRECTLY/ACCURATELY FILE THIS CIVIL LAW SUIT. HAVE ASKED BOTH CPT's HUTTON & SMITH, LTs FORD, RUTLEDGE, TAYLOR, SGTs HOOKS, TURNER, WHITE, EDWARDS, TENDER & FRANKLIN AND EVERY C/O ASKED SINCE 01-19-17 TO PRESENT 03-19-17*

*[Handwritten bottom center box:] BIBB Co. CORR. FAC. WOULD NOT PROVIDE MYSELF WITH "IN FORMA PAUPERIS" FORM AND ANOTHER INMATE PROVIDED MYSELF "RODRICK NATHANIEL JACKSON JR" AIS# 293419 WITH THIS "1983 FORM" I EVEN WROTE A REQUEST TO THE "BUSINESS OFFICE" REQUESTING A PRINT OUT OF MY INMATE ACCOUNT HISTORY FOR THE PRIOR 6 OR 12 MONTHS BUT THEY NEVER RESPONDED SO THIS HONORABLE COURT MAY HAVE TO MAKE THE REQUEST FOR ME. THIS ENTIRE FACILITY IS COMPLETELY CORRUPT FROM ADMINISTRATION ON DOWN TO THE C/O'S & OFFICERS. OUR CIVIL RIGHTS ARE CONTINUOUSLY VIOLATED WITH NO REMORSE AT ALL. IT'S CRIMINAL TO EVEN TREAT ANIMALS LIKE THIS AND WE ARE HUMANS TOO!!*

*X RNJ Jr*

N-937 Revised

Rodrick Lawrence Jackson #242419
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL 35034

LEGAL MAIL —

Hugo Black
— UNITED STATES DISTRICT COURT —
Northern District of Alabama
Office of the Clerk Room 140
1729 5th Avenue North
Birmingham, Alabama 35203-2195

BIRMINGHAM AL 350
20 MAR '17
PM 3 L

$ 000.67⁰
PITNEY BOWES

LEGAL MAIL

3520382111 C025